UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00499

**Amarfio DeJalo Washington,**
*Plaintiff,*

v.

**Maxey Cerliano et al.,**
*Defendants.*

## ORDER

Plaintiff Amarfio Washington, an inmate proceeding pro se, filed this lawsuit against, among others, defendant Sheriff Cerliano pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge K. Nicole Mitchell. The magistrate judge issued a report recommending that plaintiff's civil-rights lawsuit be dismissed, without prejudice, for the failure to comply with an order of the court. Doc. 18. No objections were filed to the magistrate judge's report, and plaintiff has not communicated with the court since April 2021.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's civil-rights action is dismissed, without prejudice, for the failure to comply with an order of the court. All motions which may be pending in this civil action are denied.

*So ordered by the court on November 9, 2021.*

J. CAMPBELL BARKER
United States District Judge